# United States District Court

## WESTERN DISTRICT OF WASHINGTON

DAVID GORDON CANTRELL

     v.

WASHINGTON STATE ADMINISTRATORS, et al.,

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5570BHS

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

That this action and all claims asserted herein are **DISMISSED without prejudice**.

_____March 4, 2008_____
Date

_____BRUCE RIFKIN_____
Clerk

_____*s/CM Gonzalez*_____
Deputy Clerk